NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FRANCIS GERRY,                                )
                                             )
              Appellant,                      )
                                             )
v.                                            )        Case No. 2D17-419
                                             )
STATE OF FLORIDA,                             )
                                             )
              Appellee.                       )
                                             )
_____ )

Opinion filed June 22, 2018.

Appeal from the Circuit Court for
Sarasota County; Thomas Krug, Judge.

Howard L. Dimmig, II, Public Defender,
and Robert D. Rosen, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katie Salemi Ashby,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


              Affirmed.


CASANUEVA, MORRIS, and ATKINSON, JJ., Concur.